IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DAWN KATSOULIS,<br><br>　Plaintiff,<br><br>v.<br><br>KELLER INDEPENDENT<br>SCHOOL DISTRICT, *et al.*,<br><br>　Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No. 4:25-cv-00535-O-BP<br>§<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion to Dismiss (ECF No. 26) is **GRANTED** in part, and Counts 7 and 8 of Katsoulis' Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE**, Counts 2-4, and 11 are **DISMISSED** with leave to amend, and Counts 5, 6, and 12 are **DISMISSED**, under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The Motion to Dismiss (ECF No. 26) is **DENIED** as to Counts 1, 9, and 10 of the Second Amended Complaint.

**SO ORDERED** on this **17th day** of **December 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**